UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TAMMY L. HEBURN,

                Plaintiff,

    v.                                          6:05-CV-1429 (LEK/ DEP)

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

                Defendant.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on December 30, 2008 by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York. Report-Rec. (Dkt. No. 14). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Tammy L. Heburn, which were filed on January 14, 2009. Objections (Dkt. No. 15).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 14) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion for judgment on the pleadings is **GRANTED**; and it is further

**ORDERED**, that the Commissioner's determination of no disability is **AFFIRMED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    January 23, 2009
          Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge